UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17-cr-63 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MUHAMMAD SALETT, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on February 3, 2025.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on May 21, 2025. The defendant admitted to the following violation:

1. New Law Violation; and
2. Violation of Standard Condition #8.

The magistrate judge filed a report and recommendation on May 21, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

---

[1] Supplemental reports were filed on February 19, 2025, May 16, 2025, and June 2, 2025, to update the Court on the state court proceedings.

A final supervised release violation hearing was conducted on June 5, 2025. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Assistant Federal Public Defender Darin Thompson, representing the defendant; the defendant Muhammad Salett, and United States Probation Officer Douglas Warren.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 12 months, to be served consecutively any custody term he may receive in the Cuyahoga County Common Pleas Court, case number CR-25-698718-B.

The Court recommends that the defendant be placed in FCI Elkton.

The defendant is directed to self-surrender to the U.S. Marshal in Cleveland, Ohio, by 12:00 p.m. on June 18, 2025. Following imprisonment, the defendant is to be placed on supervised release for a period of 2 years with the same terms and conditions as previously imposed.

**IT IS SO ORDERED**.

Dated: June 5, 2025

_____
**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**